537 U.S. 816
 ROEBLING LIQUORS, INC., ET AL.
v.
COMMISSIONER OF TAXATION AND FINANCE OF NEW YORK ET AL.
 No. 01-1676.
 Supreme Court of United States.
 October 7, 2002.
 
 1
 CERTIORARI TO THE APPELLATE DIVISION, SUPREME COURT OF NEW YORK, THIRD JUDICIAL DEPARTMENT.
 
 
 2
 App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied. Reported below: 284 App. Div. 2d 669, 728 N. Y. S. 2d 509.